MITCHELL BILONOS, Respondent, v. ANTHONY SPARANO, Appellant.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.